TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN DAVIDSON CARPENTER,<br><br>Defendant. | Case No. 2:26-mj-755-NJK<br><br>MOTION TO UNSEAL |

The defendant having appeared before the Court on the instant complaint, and the circumstances that would permit the complaint to remain under seal having passed, the United States requests that this Honorable Court unseal the complaint in this matter.

Respectfully submitted this October 15, 2026.

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED.
Dated: October 16, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge